**1**

UNITED STATES, Appellant, v. EAST LA HAVE TRANSPORTATION COMPANY, Limited, et al., Libelants, Appellees.

(Circuit Court of Appeals, First Circuit. November 23, 1926.)

No. 2068.

Appeal from the District Court of the United States for the District of Massachusetts; James M. Morton, Judge.

George R. Farnum, Asst. U. S. Atty., of Boston, Mass. (Harold P. Williams, U. S. Atty., of Boston, Mass., on the brief), for appellant.

Miles Wambaugh, of Boston, Mass. (Foye M. Murphy and Blodgett, Jones, Burnham & Bingham, all of Boston, Mass., on the brief), for appellees.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. In a collision case between the Nova Scotia schooner Con Rein and the United States submarine K–4, in which the accident occurred on the high seas, 10½ miles east of Block Island, at about 11 o'clock in the evening of August 29, 1921, it was found in the District Court that the submarine was at fault for proceeding in a dense fog at an immoderate speed, that the schooner was proceeding at a moderate speed, that the wind was light, and that she was being navigated carefully and cautiously and was free from fault. From a decree awarding the libelants full damages this appeal was taken.

It is conceded that the submarine was at fault. The sole contention is that the schooner was likewise at fault—that she also was proceeding at an immoderate speed.

After giving due consideration to the extended arguments of counsel and the evidence in the case, we are satisfied that the court below did not err in the particular complained of, and that its decree should be affirmed.

The decree of the District Court is affirmed, with costs to the appellees.

**2**

UNITED STATES, Appellant, v. Duff MERRICK and John A. Hamilton, Receivers of the Boone Fork Manufacturing Company, a Corporation, Appellees.

(Circuit Court of Appeals, Fourth Circuit. November 20, 1926.)

No. 2585.

Appeal from the District Court of the United States for the Western District of North Carolina, at Asheville.

F. A. Linney, U. S. Atty., of Charlotte, N. C.

Francis J. Heazel, of Asheville, N. C., for appellees.

PER CURIAM. Consent decree dismissing appeal filed.

**3**

UNITED STATES ex rel. Charlie NEWMAN, Plaintiff in Error, v. Wm. C. HECHT, as U. S. Marshal, etc., Defendant in Error.
UNITED STATES ex rel. Lewis FISHLANDER, alias Lewis Wilson, Plaintiff in Error, v. Wm. C. HECHT, as U. S. Marshal, etc., Defendant in Error.

(Circuit Court of Appeals, Second Circuit. November 1, 1926.)

Nos. 68, 69.

In Error to the District Court of the United States for the Southern District of New York.

Appeals from orders discharging writs of habeas corpus entered in the District Court for the Southern District of New York.

Wahle, Gilbert & Black, of New York City (Charles G. F. Wahle, of New York City, of counsel), for relators, appellants.

Emory R. Buckner, of New York City (Ralph P. Koenig and David P. Siegel, Assts. U. S. Atty., both of New York City, of counsel), opposed.

Before HOUGH, MANTON, and MACK, Circuit Judges.

PER CURIAM. Orders affirmed.